IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.	CASE NO.: 1:06cr42-SPM

DARRIOUS RAYNARD WIMBERLY,
    a/k/a "Foo,"

    Defendant.
_____/

## ORDER ADVANCING SENTENCING HEARING

Upon consideration, Defendant's motion to advance sentencing hearing (doc. 88) is granted. Sentencing is reset for 10:00 a.m. June 12, 2007, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 6th day of June, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge