IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:06cr42-SPM

DARRIOUS RAYNARD WIMBERLY,
   a/k/a "Foo,"

   Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's Unopposed Motion to Continue Sentencing Hearing (doc. 92) is granted. Sentencing is reset for 1:30 p.m. June 25, 2007, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 11th day of June, 2007.

   *s/ Stephan P. Mickle*
   Stephan P. Mickle
   United States District Judge