IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO.: 1:06cr42-SPM

DARRIOUS RAYNARD WIMBERLY,
    a/k/a "Foo,"

        Defendant.
_____/

### ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's Unopposed Motion to Continue Sentencing Hearing (doc. 99) is granted. Sentencing is reset for 10:00 a.m. on Tuesday, July 24, 2007, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 20th day of June, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge