IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:06cr42-SPM

DARRIOUS RAYNARD WIMBERLY,
    a/k/a "Foo,"

    Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's Unopposed Motion to Continue Sentencing (doc. 103) is granted. Sentencing is reset for 1:30 p.m. on Tuesday, September 4, 2007, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 16th day of July, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge