IN THE UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF FLORIDA

(Gainesville Division)

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.           ) | Docket No.  1:06CR42-001(S) |
| ) | |
| **DARRIOUS WIMBERLY**     ) | |

# O R D E R

This matter is before the Court on a petition alleging that the defendant violated the conditions of his supervised release as outlined in Probation Form 12C filed with the Clerk of the U. S. District Court for the Northern District of Florida, on May 13, 2008.

Based on the defendant's admission of guilt to the violation as outlined in the Petition, the Court finds that the defendant violated the terms and conditions of his supervised release.

**IT IS HEREBY ORDERED** that the defendant be continued on supervised release under the same terms and conditions.  The sentence previously imposed shall remain in full force and effect.

**DONE AND ORDERED** this   2nd  day of June, 2008.


*s/ Stephan P. Mickle*
STEPHAN P. MICKLE
UNITED STATES DISTRICT JUDGE


June 3, 2008
DATE