IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                CASE NO.: 1:06cr42-SPM

DARRIOUS RAYNARD WIMBERLY,
        a/k/a "Foo,"

            Defendant.
_____/

### ORDER CONTINUING REVOCATION HEARING HEARING

Upon consideration, Defendant's Motion to Continue Revocation Hearing (doc. 155) is granted.  The hearing is reset for 1:30 p.m. on Monday, November 3, 2008, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 3rd day of October, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge