IN THE UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF FLORIDA

(Gainesville Division)

**UNITED STATES OF AMERICA** )
)
    **v.** )     Docket No. 1:06CR42-001(S)
)
**Darrious Wimberly** )

## O R D E R

This matter is before the Court on a petition alleging that the defendant violated the conditions of his supervised release as outlined in Probation Form 12C filed with the Clerk of the U. S. District Court for the Northern District of Florida, on April 8, 2009.

Violation numbers 1, 2, and 3 were dismissed. The defendant entered a plea of nolo contendere as to violation numbers 4 and 5 as outlined in the Petition. The Court finds that the defendant violated the terms and conditions of his supervised release as outlined in violation numbers 4 and 5 of the Petition.

**IT IS HEREBY ORDERED** that the defendant be continued on supervised release under the same terms and conditions with the following modification:

    The defendant shall participate in the home detention program for a period of three (3) months. During this time, the defendant will remain at his/her place of residence except for employment and other activities approved in advance by the supervising U.S. Probation Officer. The defendant will be subject to the standard conditions of home detention adopted for use in the Northern District of Florida. Home detention will include electronic monitoring with the cost of such monitoring to be paid for by the government.

    The defendant shall make regular payments toward his special monetary assessment.

    The defendant shall participate in a program of anger management or any other such counseling as directed by the U.S. Probation Officer.

WIMBERLY, Darrious<br>
Order<br>
Page -2-

All other terms and conditions previously imposed shall remain in full force and effect.

**DONE AND ORDERED** this 20th day of May, 2009, nunc pro tunc May 14, 2009.

                    *s/ Stephan P. Mickle*

                    Stephan P. Mickle<br>
                    United States District Judge